■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN J. MASTOWSKI, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, J.—felony driving while intoxicated, and another charge.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ In the Matter of DONALD SMITH, Appellant, v DONALD F. NEWBERRY, as Sheriff of Jefferson County, et al., Respondents.—Appeal unanimously dismissed as moot. Memorandum: This appeal has been rendered moot by relator's subsequent release on parole *(see, People ex rel. Tuff v Walters,* 111 AD2d 838). The case is not an exception to the mootness doctrine because it does not present an issue which would otherwise escape judicial review *(see, Matter of Gross v Henderson,* 79 AD2d 1086, *lv denied* 53 NY2d 605). (Appeal from judgment of Supreme Court, Jefferson County, Gilbert, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.